STATE OF CONNECTICUT *v.* ALPHA NIMS

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 631, is denied.

*Beth A. Merkin,* in support of the petition.

*Robert J. Devlin, Jr.,* assistant state's attorney, in opposition.

Decided October 16, 1986

STATE OF CONNECTICUT *v.* ALFRED J. BARKAL

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 313, is denied.

*Vincent W. Oswecki, Jr.,* in support of the petition.

Decided October 29, 1986

STATE OF CONNECTICUT *v.* CARMEN COLON

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 111, is denied.

*Gerald M. Klein,* in support of the petition.

Decided October 29, 1986

STATE OF CONNECTICUT *v.* EDWARD DENNISON, JR.

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 454, is denied.

*John J. Buckley,* in support of the petition.

Decided October 29, 1986